IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY C. GUNTER, | * | |
| | * | |
| Plaintiff, | | Civil Action No. RDB-20-3410 |
| | * | |
| v. | | |
| | * | |
| ALUTIIQ ADVANCED SECURITY SOLUTIONS, LLC, | * | |
| | | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MEMORANDUM ORDER</u>**

Presently pending before the Court is the Defendant's Motion for Sanctions and Dismissal. (ECF No. 50.) Magistrate Judge Coulson has issued a Report and Recommendation (ECF No. 53) on this Motion to which the Defendant has filed a Response (ECF No 54). Pursuant to Local Rule 301 and Rule 72 of the Federal Rules of Civil Procedure, this Court may receive further evidence before accepting, rejecting, or modifying that Report and Recommendation. Accordingly, it is HEREBY ORDERED this 14th day of January, 2022 that the Defendant Alutiiq Advanced Security Solutions, LLC shall be permitted to engage a forensic expert to analyze the subject telephones addressed in the briefing in this matter. Those phones include the Plaintiff's telephone. Following a 45-day period of discovery, this Court will schedule an evidentiary hearing with respect to the allegedly fraudulent messages relied upon by the *pro se* Plaintiff Anthony C. Gunter. Failure by the Plaintiff to provide his telephone for forensic analysis may result in the Dismissal of this action.

_____/s/_____
Richard D. Bennett
United States District Judge