IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY C. GUNTER, | * | |
| | * | |
| Plaintiff, | | Civil Action No. RDB-20-3410 |
| | * | |
| v. | | |
| | * | |
| ALUTIIQ ADVANCED SECURITY SOLUTIONS, LLC, | * | |
| | | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is HEREBY ORDERED this 18th day of April, 2022 that:

1. This Court ADOPTS IN PART AND MODIFIES IN PART Judge Coulson's Report and Recommendation (ECF No. 53). Specifically, this Court concludes that Plaintiff did engage in misconduct in producing the fraudulent July 29, 2019 and August 20, 2019 text messages. This Court determines, however, that sanctions short of dismissal are appropriate. Accordingly, Plaintiff shall be precluded from relying on those text messages in this case, and Alutiiq shall be permitted to introduce both the fraudulent and authentic versions of those messages before the trier of fact to attack Plaintiff's credibility. Unless this Court determines that he has an inability to pay, pursuant to Federal Rule of Civil Procedure 26(g) and this Court's inherent power to sanction litigation misconduct, the Plaintiff Gunter shall reimburse Alutiiq for the cost of the September 10, 2021 forensic download of his phone and for the cost of engaging the services of J. Christopher Racich;

2. Alutiiq shall submit its fee petition by May 18, 2022. Gunter shall submit his response, if any, by June 1, 2022. To the extent Gunter argues that he is unable to pay fees, he shall file UNDER SEAL with a copy to counsel for Alutiiq detailed financial information supported by an affidavit to permit this Court to assess his ability to pay;
3. By May 2, 2022, the parties shall submit a joint proposed scheduling order governing the remainder of discovery and dispositive motions;
4. The Clerk of this Court shall transmit a copy of this Order and the accompanying Memorandum Opinion to counsel of record and the *pro se* Plaintiff.

_____/s/_____
Richard D. Bennett
United States District Judge