**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ANTHONY GUNTER,**

    **Plaintiff,**

v.

**ALUTIIQ ADVANCED SECURITY SOLUTIONS, LLC,**

    **Defendant.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Case No. 1:20-CV-03410-JRR

## ORDER

Pending before the court is Plaintiff's Motion to Seal (ECF No. 73; the "Motion"). Pursuant to the Order issued by Judge Bennett on April 18, 2022, (ECF No. 68) and Local Rule 105.11 it is this 6th day of July 2022:

**FOUND** that Defendant did not file a response to the Motion to Seal. Notwithstanding, the court notes that Defendant filed a Reply (ECF No. 75) to Plaintiff's Response (ECF No. 74) to Defendant's Motion for Attorneys' Fees (ECF No. 71). The court will address the Motion for Attorneys' Fees (ECF No. 71) and any Response or Reply thereto in due course; and it is further

**ORDERED** that the Motion shall be, and is hereby, **GRANTED IN PART AND DENIED IN PART** as follows: The Motion is granted with respect to Exhibit 1 and Exhibits 3 through 12 located at ECF No. 74. The Motion is denied as to Exhibit 2 located at ECF No. 74; and further it is

**ORDERED** that Plaintiff's Exhibit 1 and Exhibits 3 through 12 located at ECF No. 74, shall be **SEALED** as of the date of this Order; and further it is

**ORDERED** that Exhibit # 3 located at ECF No. 74, shall be **UNSEALED** as of the date of this Order because it does not contain detailed financial information as required by Judge Bennett's April 18 Order (ECF No. 68).

<u>**Julie R. Rubin /s/**</u>
United States District Judge