# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**JULIE R. RUBIN**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 20770**
**(410) 962-4812**

October 13, 2022

RE:  *Gunter v. Alutiiq Advanced Security Solutions, LLC*;
Civil Case No. 1:20-cv-03410-JRR

Dear Mr. Gunter and Counsel:

This letter briefly summarizes the on-the-record conference held Thursday, October 6, 2022:

As discussed, the parties may submit additional briefing on sanctions to be imposed, up to and including dismissal, to address Mr. Gunter's misconduct as set forth in Magistrate Judge Coulson's Report and Recommendations at ECF NO. 53 and Judge Bennett's Memorandum Opinion at ECF No. 67.  If the parties wish to submit briefs, they may do so by **5PM** on **October 20, 2022**.  Responses shall be filed by **5PM** on **November 3, 2022**.  No replies will be considered.  All briefs shall be no longer than five (5) double-spaced pages, exclusive of exhibits.

Despite the informal nature of this communication, it is an order of court and shall be docketed accordingly.

Very truly yours,

/s/
Julie R. Rubin
United States District Judge