**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ANTHONY C. GUNTER,

              Plaintiff,

    v.

ALUTIIQ ADVANCED SECURITY
SOLUTIONS, LLC,

             Defendant.

Civil Case No. 1:20-cv-3410-JRR

## DEFENDANT'S NOTICE OF
## OPPOSITION TO PLAINTIFF'S MOTION FOR RECUSAL

Defendant Alutiiq Advanced Security Solutions, LLC provides notice to the Court that it opposes Plaintiff's Motion to Recuse. Plaintiff has provided no grounds for recusal of U.S. District Judge Julie R. Rubin under 28 U.S.C. §455. Section 455 imposes a self-reflective standard upon each U.S. District Judge of which this Court is without a doubt aware, without a recitation by Defendant.

Respectfully submitted,

Dated: October 26, 2022

            /s/
Larry R. Seegull (Bar No. 22991)
Kathleen A. McGinley (Bar No. 29150)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD  21209
(410) 415-2004 – Telephone
(410) 415-2001 – Facsimile
Larry.Seegull@jacksonlewis.com
Kathleen.McGinley@jacksonlewis.com

*Counsel for Defendant*

4878-8780-7292, v. 1