IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GUNTER,** | * | |
| Plaintiff, | | |
| | * | Case No. 1:20-CV-03410-JRR |
| v. | | |
| **ALUTIIQ ADVANCED SECURITY SOLUTIONS, LLC,** | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the court is Plaintiff's Motion to Recuse (ECF No. 79; the "Motion"). No hearing is necessary. Local Rule 105.6 (D. Md., July 2021).

The court appreciates that Mr. Gunter is displeased that this action has been transferred from one judge to another (the undersigned) who may have a different approach to, or take a different view of, the case than did the previously assigned judge. The court declines to address Mr. Gunter's legal arguments that pertain to Defendant's pending motion for fees, or otherwise to address the substance of the court proceeding held October 6, 2022; the court record speaks for itself and the parties have previously submitted briefing on that issue, which remains pending.

In an abundance of caution, to evaluate the Motion fairly and consider the matter from all reasonable viewpoints, the court has listened to the entirety of the proceeding held October 6, 2022, and otherwise generally examined the record. No basis has been presented, and none exists, for the undersigned to recuse itself from presiding over this action. The court has no bias or prejudice for or against either party, no personal knowledge of the matter, no interest in the outcome, and no condition exists that would cause a person reasonably to question the impartiality or neutrality of

the undersigned. Further, none of the other conditions or circumstances calling for recusal as set forth in 28 U.S.C. 455 exist.

Therefore, the Motion to Recuse shall be, and is hereby, **DENIED**.

January 26, 2023                    Julie R. Rubin /S/
                                    United States District Judge